

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
SEP 1 7 2010
Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS )<br>of the COUNTY OF PARK, STATE OF )<br>WYOMING, )<br>  )<br>    Petitioner, )<br>  )<br>INTERNATIONAL SNOWMOBILE )<br>MANUFACTURERS ASSOCIATION, INC., )<br>  )<br>    Intervenor, )<br>  )<br>    vs. )<br>  )<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR; KEN SALAZAR, in his official )<br>capacity as Secretary of the United )<br>States Department of the Interior; )<br>JON JARVIS, in his official capacity )<br>as the Director of the National Park )<br>Service, and MICHAEL SNYDER, in his )<br>official capacity as Intermountain )<br>Regional Director, National Park Service, )<br>  )<br>    Respondents. )<br>  )<br>NATIONAL PARKS CONSERVATION )<br>ASSOCIATION, )<br>  )<br>    Respondent-Intervenor. )<br>  )<br>    and | Case No. 09-CV-262J<br>Consolidated with |

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PARK, STATE OF WYOMING,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; KEN SALAZAR, in his official capacity as Secretary of the United States Department of the Interior; JON JARVIS, in his official capacity as the Director of the National Park Service, and MICHAEL SNYDER, in his official capacity as Intermountain Regional Director, National Park Service,<br><br>    Respondents. | Case No. 09-CV-272J |

## JUDGMENT

The Court having entered its "Order on Intervenor-Defendant National Parks Conservation Association's Motion to Dismiss or to Transfer Pursuant to 18 U.S.C. § 1404(a)," that the above captioned proceedings be dismissed for lack of subject matter jurisdiction, it is therefore

2

**ORDERED, ADJUDGED AND DECREED** that the above captioned matters shall be, and is, **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.**

Dated this 17th day of September 2010.

_____
UNITED STATES DISTRICT JUDGE