FILED
U S DISTRICT COURT
DISTRICT OF WYOMING

OCT 0 1 2010

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| State of Wyoming, Board of County Commissioners of the County of Park, )<br><br>Petitioners, )<br><br>and )<br><br>International Snowmobile Manufacturers Assoc., )<br><br>Intervenor-Petitioner, )<br><br>v. )<br><br>United States Department of the Interior, et al., )<br><br>Respondents, )<br><br>and )<br><br>National Parks Conservation Association, )<br><br>Intervenor-Respondent. ) | Case Nos.   09-CV-0262-J<br>09-CV-0272-J<br>(consolidated)<br><br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL** |

The Court, having considered the Motion to Withdraw, determines that the motion should be GRANTED.

IT IS THEREFORE ORDERED that defense counsel's Motion to Withdraw is GRANTED and the appearance of Barry A. Weiner on behalf of the Defendants in the above-referenced matter is terminated.

*[signature]*

Dated  *October 1, 2010.*