## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: State of Wyoming, et al. v. U.S. Department of the Interior, et al.    District: Wyoming

District Court Number: 2:09-cv-262-ABJ    Circuit Court Number: 10-8090

Name of Attorney: William P. Horn

Name of Law Firm: Birch, Horton, Bittner and Cherot, PC

Address of Firm: 1155 Connecticut Ave., NW. Washington, D.C.  20036

Telephone of Firm: 202-659-5800    Attorneys for: Int'l Snowmobile Mfrs. Ass'n

Name of Court Reporter: Julie Thomas    Telephone of Reporter: (307) 778-0078

**PART II - COMPLETE SECTION A OR SECTION B**

**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**

[x]A transcript is not necessary for this appeal, or

[] The necessary transcript is already on file in District Court

[] The necessary transcript was ordered previously in appeal number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**

(Specify the date and proceeding in the space below)

Voir dire: _____ ; Opening Statements: _____ ;

Trial proceedings: _____ ; Instruction Cnf: _____ ;

Jury Instructions: _____ ; Closing Arguments: _____ ;

Post Trial Motions: _____ ; Other Proceedings: _____

(Attach additional pages if necessary)

[] Appellant will pay the cost of the transcript.

**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] This case is proceeding under the Criminal Justice Act.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____    Date: 11-4-10

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____

Estimated completion date: _____

Estimated number of pages: _____

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____    Date: _____

A-8 Revised 12/09  Transcript Order Form

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of November, 2010, the foregoing was filed electronically through the CM/ECF system, which caused the following counsel to be served by electronic means.

Bruce A. Salzburg, Attorney General
Jay A. Jerde, Deputy Attorney General
James Kaste, Senior Assistant Attorney
   General
123 Capitol Building
Cheyenne, WY 82002

*Attorneys for State of Wyoming*

Guillermo A. Montero
Aaron Peter Avila
Andrew Christopher Mergen
United States Department of Justice
Environment and Natural Resources
   Division
P.O. Box 663
Washington, DC 20044

Nicholas Vassallo
U.S. Attorney's Office
P.O. Box 668
Cheyenne, WY 82003-0668

*Attorneys for U.S. Department of the Interior*

Steve Jones
262 Lincoln Street
Lander, WY 82520

Robert D. Rosenbaum
Arnold & Porter
555 12th Street, NW
Washington, D.C. 20004

*Attorneys for National Parks Conservation
Association*

Bryan Skoric
James F. Davis
Park County Attorney's Office
1002 Sheridan Avenue
Cody, WY 82414

*Attorneys for Park County Board of County
Commissioners*

Clerk
U.S. District court for the District of Wyoming
2120 Capitol Avenue
2nd Floor
Cheyenne, WY 82001-3658

/s/ William P. Horn
William P. Horn

G:/101238/17/00023600.DOC